IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

Cathy Lorraine Williams                              Case No. 19-10655
                                                     Chapter 13
    Debtor

## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM #2 FILED BY U.S. BANK TRUST, N.A.

COMES NOW, U.S. Bank Trust, N.A., as Trustee of Cabana Series III Trust, as successor and assigns (BSI Financial Services, INC., servicer) ("Respondent"), by and through undersigned counsel and hereby responds to the Objection to Claim #2 Filed by U.S. Bank Trust, N.A. ("Objection to Claim") filed herein and in support thereof states as follows:

1. Respondent admits the allegations contained within Paragraph 1.

2. Respondent admits the allegation contained within Paragraph 2 that it filed a Proof of Claim which was docketed as claim number 2, but denies that the mortgage arrears stated therein is $63,779.80. The arrears identified in the Respondent's Proof of Claim are in the amount of $22,844.75.

3. Respondent denies the allegations contained within Paragraph 3.

WHEREFORE, Respondent, by and through undersigned counsel respectfully requests that this honorable court deny the Objection to Claim and for such other and further relief as this court deems just and proper.

                                Respectfully submitted:

                                */s/ Joshua Welborn, Esq. (Jwel)*
                                Joshua Welborn, Esq.
                                Attorney for Secured Creditor

Bar No. 29359
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, Maryland  21286
ECF@ch13balt.com

Marlow Allen Henderson, III
Law Office of Marlow A. Henderson III
1829 Reisterstown Road
Suite 350
Pikesville, Maryland  21208
mah3@mah3.com


I hereby further certify that on the 8th day of May, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:


Cathy Lorraine Williams
8801 Harkate Way
Randallstown, Maryland  21133
(Via U.S Mail)

                                                                    */s/ Joshua Welborn, Esq.*
                                                                    Joshua Welborn, Esq.