

**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT BALTIMORE

In Re:   Cathy Lorraine Williams                                   Case No. 19-10655-RAG
                                                                    Chapter 13

*********************************
US BANK TRUST NATIONAL
ASSOCIATION AS TRUSTEE OF
CABANA SERIES III TRUST, Movant
(BSI Financial Services, INC.), Servicer

vs.

Cathy Lorraine Williams
aka Cathy L Williams, Debtor
Willie C. Williams, Non-Filing Co-Debtor
            Respondent(s)

### ORDER TERMINATING AUTOMATIC STAY
### Real Property at 4214 Groveland Avenue, Baltimore, Maryland 21215

Upon consideration of the Motion for Relief from Stay filed by the Movant, US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST, Movant (BSI Financial Services, INC.), Servicer for good cause shown, and no opposition having been filed thereto, it is:

ORDERED, that the stay of 11 U.S.C. Section 362(a) and 11 U.S.C. Section be and hereby is terminated so as to permit the Noteholder, or its assigns, to enforce its rights under the provisions of the Deed of Trust, and/or to resume or commence foreclosure proceedings under the provisions of the Deed of Trust dated May 30, 1997, and recorded among the land records of Baltimore County, Maryland, at Liber 6435 and folio 460 and secured by the real property of the Debtor at 4214 Groveland Avenue, Baltimore, Maryland 21215;  provided, however, that any

19-600486

surplus proceeds from the foreclosure sale, after the satisfaction of Movant's debt and payment of sale costs, shall be paid to the trustee for distribution through the bankruptcy estate; and, it is further;

ORDERED, that this relief shall apply to proceedings for possession of the real property after the foreclosure.

ORDERED, that the automatic stay of 11 U.S.C. Section 362(a) and 11 U.S.C. Section shall not be re-imposed as to the Debtor's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

ORDERED, that the additional stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Copies to:

Cathy Lorraine Williams
8801 Harkate Way
Randallstown, Maryland  21133

Willie C. Williams
4214 Groveland Avenue
Baltimore, Maryland  21215

Copies were sent electronically via the CM/ECF system to Marlow Allen Henderson, III, Attorney for Debtor and Robert S. Thomas, II, Chapter 13 Trustee.

**End of Order**

19-600486